IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL W. HENKE,<br><br>　　　　　　Defendant. | 8:16CR354<br><br>ORDER |

This matter is before the Court on defendant Daniel W. Henke's unopposed oral motion to extend his self-surrender date (Filing No. 81).

IT IS ORDERED:

1. Defendant Daniel W. Henke's oral motion to extend his self-surrender date (Filing No. 81) is granted;

2. Defendant shall report no later than 2:00 p.m. on Friday, October 2, 2020, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 27th day of July 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge